IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GAIL KASPRZAK** | : | **CIVIL ACTION** |
| **A/K/A GAIL KASPER, et al.,** | : | |
| *Plaintiffs*, | : | |
| v. | : | |
| | : | |
| **CELEBRITY BOXING** | : | |
| **ENTERTAINMENT, LLC,** | : | |
| *Defendant.* | : | NO. 21-cv-03379 |

**ORDER**

**AND NOW**, this 16th day of September 2021, upon review of Defendant's Motion to Dismiss (ECF No. 7), it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 7) is **DENIED without prejudice** for failure to include, along with the motion, a certification that the parties met and conferred regarding the alleged pleading deficiencies and matter sought to be stricken.

Counsel may refile the motion with a certification reflecting the parties' compliance with the Court's July 30, 2021 Order (ECF No. 4), or, in the event the parties have not yet met and conferred, shall meet and confer, and counsel may refile the motion to dismiss with the required certification on or by **September 30, 2021** at **12 PM**.

BY THE COURT

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**