IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GAIL KASPRZAK** | : | **CIVIL ACTION** |
| **A/K/A GAIL KASPER, et al.,** | : | |
| *Plaintiffs*, | : | |
| v. | : | |
| | : | |
| **CELEBRITY BOXING** | : | |
| **ENTERTAINMENT, LLC,** | : | |
| *Defendant.* | : | NO. 21-cv-03379 |

## ORDER

AND NOW, this **23rd** day of **December 2021**, upon review of Defendant's Motion to Dismiss and Motion to Strike (ECF No. 14) and Plaintiff's Response in Opposition (ECF No. 15), it is hereby **ORDERED** that Defendant's Motion to Dismiss and Motion to Strike (ECF No. 14) are **DENIED**.

It is **further ORDERED** that Defendant shall answer Plaintiff's Amended Complaint (ECF No. 11) by **12:00 p.m. (noon)** on or before **January 18, 2022.**

BY THE COURT

/s/ *Chad F. Kenney*

_____
**CHAD F. KENNEY, JUDGE**