UNITED STATES FEDERAL DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL KASPER TELEVISION LLC, <br> GAIL KASPRZAK a/k/a GAIL KASPER, <br> <br> Plaintiffs, <br> <br> v. <br> <br> CELEBRITY BOXING ENTERTAINMENT, LLC <br> 5029 South Convent Lane, Unit D <br> Philadelphia, PA 19114 <br> <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No. 2:21-cv-03379-CFK |

## STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE

Plaintiffs Gail Kasper Television LLC and Gail Kasprzak a/k/a Gail Kasper ("Plaintiffs"), and Defendant Celebrity Boxing Entertainment, LLC ("Defendant"), being all parties who have appeared, and by and through their respective undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action is dismissed with prejudice in its entirety, with each party bearing its own costs and fees, and waiving all rights of appeal.

FOX ROTHSCHILD LLP

By: /s/ Michael Eidel
_____
Michael Eidel, Esquire
*Attorney for Plaintiffs,*
*Gail Kasper Television LLC, Gail Kasprzak*
*a/k/a Gail Kasper*

Dated:  February 17, 2022

**BOCHETTO & LENTZ, P.C.**

By: _____/s/ Kiersty DeGroote_____
George Bochetto, Esq.
Kiersty DeGroote, Esq.
*Attorney for Defendant Celebrity Boxing Entertainment, LLC*

Dated: February 17, 2022

**APPROVED BY THE COURT on _____, 2022:**

_____
**CLERK OR UNITED STATES DISTRICT COURT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022, a true and correct copy of the foregoing Stipulation for Dismissal of Action was served through the Court's electronic filing system providing notice and a copy to all counsel of record.

*/s/ Michael Eidel*